# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

CHASE NORTH TOWER
450 LAUREL STREET
12TH FLOOR
BATON ROUGE, LOUISIANA
70801

PHONE: 225.381.7000
FAX: 225.343.3612

www.bakerdonelson.com

PHYLLIS G. CANCIENNE
SHAREHOLDER
Direct Dial: 225.381.7008
E-Mail Address: pcancienne@bakerdonelson.com

November 2, 2018

*File in the record* [handwritten note]

**_Via Fax_**
The Honorable Joseph C. Wilkinson, Jr.
Eastern District Court Magistrate Judge
Division 2
500 Poydras Street, Room B409
New Orleans, Louisiana 70130
Fax: (504) 589-7633

Re:　*Green v. Oceans Behavioral Hospital of Kentwood, LLC et al*, Civil Action No. 2:17-cv-12215, United States District Court for the Eastern District of Louisiana

Dear Judge Wilkinson:

In accordance with your Honor's October 24, 2018 Order, the parties conferred on October 26, 2018, and have agreed to the following schedule of depositions:

1)　Plaintiff - December 11, 2018 at 10:00 a.m.
　　Baker Donelson
　　450 Laurel Street, 12th Floor
　　Baton Rouge, LA 70801

2)　30(b)(6) Deponent - December 12, 2018 at 9:30 a.m.
　　Baker Donelson
　　450 Laurel Street, 12th Floor
　　Baton Rouge, LA 70801

3)　Dr. Anupama Alturi – December 12, 2018 at 11:30 a.m.
　　Baker Donelson
　　450 Laurel Street, 12th Floor
　　Baton Rouge, LA 70801

4841-4295-4361v1
2832072-000445 10/19/2018

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON,

The Honorable Joseph C. Wilkinson, Jr.
November 2, 2018
Page 2

    4)    Dr. Lucius Lampton – December 19, 2018 at 10:30 a.m.
          921 Ave G,
          Kentwood, LA 70444

    5)    30(b)(6) Deponent - December 19, 2018 at 1:00 p.m.
          921 Ave G,
          Kentwood, LA 70444

    6)    30(b)(6) Deponent – the parties are continuing to discuss the necessity of a Rule 30(b)(6) deposition of all three entities, but will hold time on the afternoon of December 19, 2018 to the extent they cannot agree to cancel the third deposition.

Counsel for Plaintiff has indicated that the depositions of the doctors and corporate representatives scheduled above will be limited in time such that the other three witnesses (Sandra Gardner or Garner, Sherita Pittman and Dr. Andrew Pizza) can be deposed on either December 12 or 19, 2018 depending on the availability of those witnesses. Counsel for Defendants have not communicated with those witnesses regarding their availability as Counsel for Plaintiff indicated that he will provide notice and subpoenas as necessary and confirm their availability to ensure their appearance.

With kind regards, I remain

Sincerely,

*Phyllis Cancienne*

Phyllis G. Cancienne

CC:    Andrew Rozynski (*via email* arozynski@EandBLaw.com)
        Brittany Shrader (*via email* bshrader@EandBLaw.com)
        John G. Veazey (*via email* jveazeay@johnveazeylaw.com)
        Elizabeth A. Liner (*firm*)