UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH GREEN** | * | **CIVIL ACTION NO: 17-CV-12215** |
| Plaintiff | * | |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| | * | |
| **OCEANS BEHAVIORAL HOSPITAL** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| **OF KENTWOOD, LLC AND OCEANS** | * | **WILKINSON, JR.** |
| **HEALTHCARE, LLC** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Oceans Behavioral Hospital of Kentwood, LLC, Oceans Healthcare, LLC and Oceans Acquisition, Inc. (collectively, the "Defendants") and Plaintiff, Joseph Green ("Plaintiff"), who respectfully represent to the Court that the parties have amicably resolved the above-captioned and numbered case and therefore respectfully move that this case be dismissed with prejudice and in its entirety, with each side to bear their own attorneys' fees and costs.

Respectfully submitted,

**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

By: _s/Elizabeth A. Liner_
PHYLLIS G. CANCIENNE T.A. (La. 19605)
ELIZABETH A. LINER (La. 34429)
Chase North Tower, 450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70825
Telephone:   (225) 381-7000
Facsimile:   (225) 343-3612
E-mail: pcancienne@bakerdonelson.com
    bliner@bakerdonelson.com

**ATTORNEYS FOR DEFENDANTS**

**and**

**EISENBERG & BAUM, LLP**

By: *s/Andrew Rozynski*
Andrew Rozynski, Esq.
*Pro hac vice*
24 Union Square East
Fourth Floor
New York, NY 10003
arozynski@EandBLaw.com

and

John G. Veazey (La. 36291)
JOHN VEAZEY LAW, LLC
16573 Airline Highway, Suite A
Prairieville, Louisiana 70769
Telephone: (225) 955-3121
jveazey@johnveazeylaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this the 1st day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        *s/Elizabeth A. Liner*
        Elizabeth A. Liner